GARY M. RESTAINO
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Az Bar No. 014887
micah.schmit@usdoj.gov
Attorneys for Plaintiff

FILED
2024 SEP -4 PM 2:09
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

CR24-05789 TUC-JCH(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Matthew Leyvas,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violation:<br><br>18 U.S.C. §§ 1111 and 1153<br>(Second Degree Murder)<br>Count One |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about August 8, 2024, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, MATTHEW LEYVAS, an Indian, did, with malice aforethought, unlawfully kill E. F., in violation of Title 18, United States Code, Sections 1111 and 1153.

A TRUE BILL

　　　　　/s/
Presiding Juror
Dated: September 4, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

MICAH SCHMIT
Assistant United States Attorney